

# MEMO ENDORSED

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
ft@BellLG.com

February 13, 2023

*Via ECF*
Honorable Laura Taylor Swain
Chief Judge, United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Chacha v. Nueva Era Flower Corp. and Maria Romero, 23-cv-00739**

Dear Your Honor:

We represent Plaintiff Carmen Chacha in the above-referenced action. On January 27, 2023, we inadvertently opened two cases with the same caption, resulting in duplicate cases with two different case numbers (23-cv-00738 and 23-cv-00739). As a result, the filing fee of $402 was paid two times. After realizing this mistake, we went ahead and filed all the initiating documents under Docket No. **23-cv-00738**. On February 7, 2023, Docket No. 23-cv-00739 was administratively closed.

Attached as an exhibit is the additional receipt that was incurred as a result of filing the same case twice. After speaking with the finance manager about a request for return of the filing fee of $402, it was specified that a written request to Your Honor was required, then a memo endorsement, in order for the fee to be reversed.

Therefore, we respectfully ask that the -3069 transaction be reversed and $402.00 be refunded.

The foregoing request is granted. The Clerk of Court is respectfully directed to refund the filing fee of $402.00 to plaintiff's counsel. This resolves docket entry no. 2. SO ORDERED.
Dated: 2/14/2023
Laura Taylor Swain, Chief U.S.D.J.

Respectfully,
**BELL LAW GROUP, PLLC**

/s/ Frank J. Tantone

Frank J. Tantone

Encl.